**DISMISS; and Opinion Filed December 16, 2013.**



# In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00273-CV

**CHARLES BAILER, Appellant**

**V.**

**AT&T RISK MGT INC., ET AL., Appellees**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-02664-C**

## MEMORANDUM OPINION

Before Justices Francis, Lang-Miers, and Lewis
Opinion by Justice Lang-Miers

The clerk's record in this case is overdue. By letter dated June 13, 2013, we informed appellant that the District Clerk had notified the Court that the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to file written verification that he had paid for or made arrangements to pay for the clerk's record or that he had been found entitled to proceed without payment of costs. We cautioned appellant that if he did not file the required documentation within ten days, we might dismiss the appeal without further notice. To date, appellant has not provided the required documentation or otherwise corresponded with the Court regarding the status of the clerk's record.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b).


/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE


130273F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CHARLES BAILER, Appellant

No. 05-13-00273-CV  V.

AT&T RISK MGT INC., ET AL., Appellees

On Appeal from the County Court at Law
No. 3, Dallas County, Texas
Trial Court Cause No. CC-12-02664-C.
Opinion delivered by Justice Lang-Miers.
Justices Francis and Lewis participating.


In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellees AT&T RISK MGT INC., ET AL., recover its costs of this appeal from appellant CHARLES BAILER.


Judgment entered this 16th day of December, 2013.


/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE